**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00188-CV

**EXXONMOBIL PIPELINE COMPANY, ET AL., Appellants**

**V.**

**TRAVIS G. COLEMAN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12563**

## ORDER

We **GRANT** the motion to withdraw filed by Wade Forsman, attorney for appellee. We

**DIRECT** the Clerk of this Court to remove Wade Forsman as counsel of record for appellee.

All future correspondence shall be sent to appellee at the following address:

Travis G. Coleman
3815 Seminole Court
Carrollton, Texas 75007

/s/ ADA BROWN
   JUSTICE